# Third District Court of Appeal

## State of Florida

Opinion filed April 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-521
Lower Tribunal No. 22-6262
_____

**Ramona Janet Corrales,**
Appellant,

vs.

**Direct General Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Christian Carrazana, P.A., and Christian Carrazana, for appellant.

McFarlane Law, McFarlane Dolan & Prince, and William J. McFarlane, III, and Michael K. Mittelmark (Coral Springs), for appellee.

Before LOGUE, C.J., and LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. See Rodriguez v. Responsive Auto Ins. Co., 48 Fla. L. Weekly D1557 (Fla. 3d DCA Aug. 9, 2023) ("Florida law has never excused a party from a contract simply because it failed to read the contract terms." (quoting Paul Gottlieb & Co., Inc. v. Alps S. Corp., 985 So. 2d 1, 7 (Fla. 2nd DCA 2007))); All Fla. Sur. Co. v. Coker, 88 So. 2d 508, 510-11 (Fla. 1956) ("The courts appear to be unanimous in holding that a person who, having the capacity and an opportunity to read a contract, is not misled as to its contents and who sustains no confidential relationship to the other party cannot avoid the contract on the ground of mistake if he signs it without reading it, at least in the absence of special circumstances excusing his failure to read it."); United Auto. Ins. Co. v. Salgado, 22 So. 3d 594, 599 (Fla. 3d DCA 2009) ("Florida law indeed gives an insurer the unilateral right to rescind its insurance policy on the basis of misrepresentation in the application of insurance." (quoting Gonzalez v. Eagle Ins. Co., 948 So. 2d 1, 2 (Fla. 3d DCA 2006))).